# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT JAMES RAGLAND

VERSUS

KATHERINE DIAMOND RAGLAND

NO.  2026 CW 0337

**JUNE 23 2026**

---

In Re:    Katherine Diamond Ragland, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. F-209,479.

---

BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.

**WRIT NOT CONSIDERED.** Relator failed to include copies of all evidence admitted at the January 28, 2026 hearing, including (1) texts between Robert Ragland and Tom Clark dated August 29, 2016; (2) texts between Robert Ragland and Tom Clark dated September 1, 2016; (3) the website screenshot; (4) interrogatories and requests for production served on Robert Ragland on January 16, 2026; (5) doctor's note provided for Lewis Unglesby; and (6) the 2017 lawsuit involving Robert Ragland. This court requires a copy of all evidence admitted at the hearing.

Further, this writ application appears untimely. Although it appears relator timely filed a notice of intent, the writ application was not filed on or before the return date of March 9, 2026, as extended by the trial court. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3. The instant writ application was filed on March 10, 2026.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing information referenced above and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 13, 2026, and must contain a copy of this ruling.

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT